**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| **IN RE:** | |
| **BRANDON ALEXANDER MARRIOTT,** | **Chapter 7**<br>**Case No. 25-50734** |
| **Debtor.** | |
| **BRANDON ALEXANDER MARRIOTT,** | |
| **Plaintiff.** | |
| **vs.** | **AP No. 25-05019** |
| **MOHELA,**<br>**(ON BEHALF OF UNITED STATES**<br>**DEPARTMENT OF EDUCATION),** | |
| **Defendants.** | |

**AGREED FINAL JUDGMENT DETERMINING**
**STUDENT LOAN DEBT DISCHARGEABLE**

This matter having come before the Court upon the parties' Stipulation for Entry of an Agreed Final Judgment on Adversary Complaint, and having considered said Stipulation and being otherwise sufficiently advised, it is

**ORDERED AND ADJUDGED** that:

1. The Stipulation entered into between Plaintiff Brandon Alexander Marriott ("Plaintiff"), and Defendant U.S. Department of Education is hereby approved.

2. Plaintiff's student loan obligations specific to Student Loan #19 to the U.S. Department of Education, set forth in the attached Certificate of Indebtedness (COI), totaling approximately $19,017.25, including unpaid principal of $18,187.04 and unpaid accrued interest of $830.21, is deemed fully dischargeable and is FULLY DISCHARGED.
3. Plaintiff's student loan obligations specific to Student Loan #20 to the U.S. Department of Education, set forth in the attached COI, totaling approximately $69,347.09, including unpaid principal of $66,319.43 and unpaid accrued interest of $3,027.66, is deemed partially dischargeable and is PARTIALLY DISCHARGED as follows: principal amount of $17,082.82 and unpaid accrued interest amount of $3,027.66, for a discharge total amount of $20,110.48.
4. Surviving the above student loan discharges is the remaining balance of Student Loan #20, the unpaid principal balance of $49,236.61, which remains unaffected by and will survive the bankruptcy herein. Interest on the remining balance of Student Loan #20 will continue to accrue at the contract rate.
5. Each party agrees to bear their own fees and costs of this litigation.
6. This adversary proceeding shall be closed as all issues are settled or rendered moot.
7. Jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment.

**SUBMITTED BY**:

/s/ Brandon Alexander Marriott
(w/permission)
Brandon Alexander Marriott, Pro Se
Marriott.Brandon1@gmail.com
235 Wayne Dr., Apt. D 50
Richmond, KY 40475
*Pro Se Plaintiff*

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES
ATTORNEY

By: /s/ Callie R. Owen
Callie R. Owen
Callie.R.Owen@usdoj.gov
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671
*Counsel for United States of America,*
*Department of Education*

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Douglas L Lutz***
**Bankruptcy Judge**
**Dated: Monday, March 30, 2026**
**(dll)**